### W. B. McKENZIE v. STATE.
No. A-1449.    Opinion Filed June 21, 1912.
Appeal from Woods County Court;
W. M. Bickle, Judge.

W. B. McKenzie was convicted of violating the prohibitory law, and appeals. Affirmed.

C. H. Mauntel, for plaintiff in error.

Smith C. Matson and E. G. Spilman, Asst. Attys. Gen., for the State.

PER CURIAM. The plaintiff in error, W. B. McKenzie, was convicted in the county court of Woods county, on the 24th day of July, 1911, on a charge of selling intoxicating liquor, and his punishment fixed at a fine of three hundred dollars and imprisonment in the county jail for a term of ninety days. Upon a careful examination of the record we find no error sufficiently prejudicial to justify a reversal of this cause. The judgment of the trial court is, therefore, affirmed.

---

### JOHN EATON v. STATE.
No. A-1462.    Opinion Filed June 21, 1912.
Appeal from Woods County Court;
W. M. Bickle, Judge.

John Eaton was convicted of violating the prohibitory law, and appeals. Affirmed.

C. H. Mauntel, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., and C. J. Davenport, for the State.

PER CURIAM. The plaintiff in error, John Eaton, was convicted at the July, 1911, term of the county court of Woods county on a charge of selling intoxicating liquors, and his punishment fixed at imprisonment in the county jail for a period of ninety days and a fine of one hundred fifty dollars. Upon a careful examination of the record we find no error sufficient to justify a reversal of this cause. The judgment of the trial court is, therefore, affirmed.